IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ODESSA JONES, as the wife of James M. Jones, deceased;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　Defendant. | 8:18CV178<br><br>**FINDINGS AND RECOMMENDATION** |

On July 9, 2019, the undersigned magistrate judge allowed Plaintiff Odessa Jones until July 23, 2019 to file a copy of an order appointing her as the personal representative and/or administrator for the estate of James M. Jones. The Memorandum and Order stated that "Failure to timely comply with this order will result in the final and immediate dismissal of this case without further notice." (Filing No. 23). Plaintiff failed to comply or explain the failure to comply with the court's order.

Accordingly,

IT IS RECOMMENDED to the Honorable Joseph F. Bataillon, United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiff Odessa Jones' claims be dismissed without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 2nd day of August, 2019.

2

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge