IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ODESSA JONES, as the Personal Representative of the Estate of JAMES M. JONES, Deceased;

Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,

Defendant.

8:18CV178

**ORDER**

IT IS ORDERED:

1) Defendant's application for an award of sanctions in the amount of $875.50, (Filing No. 25), is granted.

2) On or before October 3, 2019, Plaintiff shall pay to Defendant the amount of $875.50 as sanctions for failing to timely provide a notice authorizing Odessa Jones to serve as the personal representative for decedent Plaintiff, James M. Jones.

3) Upon receipt of payment, Defendant shall file a notice on the court's docket stating the award of sanctions has been satisfied.

September 19, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge