IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ODESSA JONES, as the wife of James M. Jones, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | **8:18CV178**<br><br>**SHOW CAUSE ORDER** |

The Findings and Recommendation of the undersigned magistrate judge (Filing No. 24) was denied as moot because a new progression order was entered on November 13, 2019. (Filing Nos. 31, 32). New progression orders were entered in accordance with the parties' request in this case and other cases which have been identified as "Toxic Exposure Cases (diesel fume exhaust and other alleged toxins) against Union Pacific Railroad Company." (See 8:18-cv-36 Byrd v. UPRR, Filing Nos. 56 and 57)

To the court's knowledge, the issue which led to the Findings and Recommendation for dismissal in this case is still not resolved. If Odessa Jones is not the personal representative and/or administrator for the estate of James M. Jones, there is no plaintiff.

Accordingly,

IT IS ORDERED that Odessa Jones shall have until January 28, 2020 to show cause why this case should not be dismissed for lack of a plaintiff. The failure to timely comply with this order will result in the final and immediate dismissal of this action without further notice.

Dated this 7th day of January, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge