IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ODESSA JONES, as the wife of James M. Jones, deceased; | 8:18CV178 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

This matter comes before the Court on the Joint Stipulation for Dismissal of this case without prejudice (Filing No. 34). The Court being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice, with each party to pay its own costs.

Dated this 14th day of January, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge